**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Peter MACARI, Defendant—Appellant.**

No. 04–10028.

D.C. No. CR–00–00713–JAT.

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Nov. 15, 2004.*

Decided Dec. 1, 2004.

Before LEAVY, McKEOWN, and BERZON, Circuit Judges.

MEMORANDUM**

Peter Macari appeals his guilty-plea conviction and 30–month sentence for money laundering conspiracy and an order of forfeiture in violation of 18 U.S.C. § 1956(h).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Macari has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Because we conclude that the appeal waiver is valid, counsel's motion to withdraw is **GRANTED** and the appeal is **DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

